UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: DARRELL PAUL SAMPSON                                    CASE NO.: 16-
       MARY AUGUSTINE SAMPSON

## CHAPTER 13 PLAN

**I.** Debtors propose to pay by payroll deduction into the Chapter 13 Plan monthly payments of $1,485 for sixty (60) months.

**II.** Claims to be paid directly by debtor.   **Estimated Balance Due**   **Monthly Payment**
Seterus, Inc.                                 $62,361.00                   $556.00
collateral- House and lot located at
356 Andrus Street, Marksville, LA

**III.** Claims to be paid by Trustee.

**A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

**B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

**1. Personal Property:**

Chase Auto Finance: collateral - 2014 Toyota Tundra; estimated secured claim of $37,000 to be paid with interest at 6%. As adequate protection, Chase Auto Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

Credit Acceptance: collateral - 2012 Honda Civic; estimated secured claim of $13,200 to be paid with interest at 6%. As adequate protection, Credit Acceptance shall be paid $25 per month until the debtor's attorney fees are paid in full.

The Union Bank: collateral - 2014 Honda Accord; estimated secured claim of $16,000 to be paid with interest at 6%. As adequate protection, The Union Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

**C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

**D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 25th day of August, 2016.

McBride Law Firm

/s/Thomas C. McBride
By: Thomas C. McBride (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066