UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  DARRELL PAUL SAMPSON                                CASE NO.: 16-80953
        MARY AUGUSTINE SAMPSON

FIRST MODIFIED CHAPTER 13 PLAN
ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED

**I.**   Debtors propose to pay by payroll deduction into the Chapter 13 Plan monthly payments of $1,485 for four (4) months; then monthly payments of $1,545 (beginning January 2017) for fifty-six (56) months for a total of sixty (60) months.

**II.**  Claims to be paid directly by debtor.        **Estimated Balance Due**        **Monthly Payment**
         **Seterus, Inc.**                            $62,361.00                       $556.00
         **collateral- House and lot located at**
         **356 Andrus Street, Marksville, LA**

**III.** Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.** Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800. The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.** Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   **1. Personal Property:**

   Chase Auto Finance: collateral - 2014 Toyota Tundra; estimated secured claim of $37,000 to be paid with interest at 6%. As adequate protection, Chase Auto Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Credit Acceptance: collateral - 2012 Honda Civic; secured claim of $13,108.88 to be paid with interest at 6%. As adequate protection, Credit Acceptance shall be paid $25 per month until the debtor's attorney fees are paid in full.

   The Union Bank: collateral - 2014 Honda Accord; secured claim of $15,787 to be paid with interest at 6%. As adequate protection, The Union Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Harbor Loans: collateral - HHG; secured claim of $2,500 to be paid with interest at 6%. As adequate protection, Harbor Loans shall be paid $25 per month until the debtor's attorney fees are paid in full.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.** After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **None**

   **D. GENERAL UNSECURED CLAIMS.** Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 0% of the claims.

Respectfully submitted this 15th day of November, 2016.

                                                    McBride Law Firm

                                                     /s/Thomas C. McBride
                                                    By: Thomas C. McBride (#09210)
                                                        Kathryn A. Wiley (#33672)
                                                        Thomas C. McBride, LLC
                                                        McBride Law Firm
                                                        301 Jackson Street, Suite 101
                                                        Alexandria, LA 71301
                                                        Telephone (318) 445-8800
                                                        Facsimile (318) 445-8066