UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE:  DARRELL PAUL SAMPSON                    CASE NO.: 16-80953
         MARY AUGUSTINE SAMPSON

**FOURTH MODIFIED CHAPTER 13 PLAN**
**ALL CHANGES TO PREVIOUS PLAN ARE UNDERLINED**

**I.**   Debtors propose to pay by payroll deduction into the Chapter 13 Plan total payments of $10,654.97 in the first seven (7) months, then monthly payments of $1,625 (beginning April, 2017) for two (2) months, then monthly payments of $1,670 (beginning June, 2017) for fifty-one (51) months, for a total of sixty (60) months.

**II.**  Claims to be paid directly by debtor.         **Estimated Balance Due**         **Monthly Payment**
         **Seterus, Inc.**                            **$62,361.00**                    **$556.00**
         **collateral - House and lot located at**
         **356 Andrus Street, Marksville, LA**

**III.** Claims to be paid by Trustee.

   **A. ATTORNEY AND ADMINISTRATIVE FEES.**  Thomas C. McBride, LLC shall receive attorney and administrative fees of $2,800.  The Trustee shall receive fees of approximately 10% of plan payments.

   **B. SECURED CLAIMS.**  Secured claims listed below will be paid as indicated below and prior to claims of lower priority indicated below.

   Chase Auto Finance: collateral - 2014 Toyota Tundra;  estimated secured claim of $36,831.49 to be paid with interest at 6%.  As adequate protection, Chase Auto Finance shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Credit Acceptance: collateral - 2012 Honda Civic; secured claim of $13,108.88 to be paid with interest at 6%.  As adequate protection, Credit Acceptance shall be paid $25 per month until the debtor's attorney fees are paid in full.

   The Union Bank: collateral - 2014 Honda Accord; secured claim of $15,787 to be paid with interest at 6%.  As adequate protection, The Union Bank shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Harbor Loans: collateral - HHG; secured claim of $2,500 to be paid with interest at 6%.  As adequate protection, Harbor Loans shall be paid $25 per month until the debtor's attorney fees are paid in full.

   Seterus, Inc.: collateral - house and lot located at 356 Andrus St., Marksville, LA; post-petition arrearage, fees and costs of $3,065.52.

   **C. PRIORITY OR SPECIAL CLASS CLAIMS.**  After secured claims, the priority claims listed below will be paid prior to all claims of lower priority indicated below: **NONE**

   **D. GENERAL UNSECURED CLAIMS.**  Unless listed above, all other claims: (1) listed on Schedule F as unsecured; (2) listed on Schedules D and E as undersecured; or (3) any general unsecured claim filed before the bar date to which no objection is filed, will be treated as General Unsecured Claims and will receive a minimum of 23% of the claims.  This Chapter 13 Plan is funded to pay a minimum balance of $5,374 to general unsecured creditors (which is the amount needed to meet liquidation).

Respectfully submitted this 10th day of April, 2017.

**McBride Law Firm**

  /s/Kathryn A. Wiley
By: Thomas C. McBride, (#09210)
    Kathryn A. Wiley (#33672)
    Thomas C. McBride, LLC
    McBride Law Firm
    301 Jackson Street, Suite 101
    Alexandria, LA 71301
    Telephone (318) 445-8800
    Facsimile (318) 445-8066
    tom@tommcbridelaw.com
    kathryn@tommcbridelaw.com