Fill in this information to identify the case:

Debtor 1 __Darrell Paul Sampson__

Debtor 2 __Mary Augustine Sampson__
(Spouse, if filing)

United States Bankruptcy Court for the: __Western__ District of __Louisiana__
(State)

Case number __16-80953__

Official Form 410S2

# Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: __Federal National Mortgage Association__     Court claim no. (if known): __15__

Last 4 digits of any number you use to identify the debtor's account:   3   5   7   0

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No

☐ Yes. Date of the last notice: ____/____/_____

| Part 1: | Itemize Postpetition Fees, Expenses, and Charges |
|---|---|

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ _____ |
| 3. Attorney fees | 03/01/2017 | (3) | $ 850.00 |
| 4. Filing fees and court costs | | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ _____ |
| 7. Property inspection fees | | (7) | $ _____ |
| 8. Tax advances (non-escrow) | | (8) | $ _____ |
| 9. Insurance advances (non-escrow) | | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ | | (10) | $ _____ |
| 11. Other. Specify:_____ | | (11) | $ _____ |
| 12. Other. Specify:_____ | | (12) | $ _____ |
| 13. Other. Specify:_____ | | (13) | $ _____ |
| 14. Other. Specify:_____ | | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2:  Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ __/s/ Fred J. Daigle_____    Date __04, 17 , 2017__
    Signature

Print:    __Fred J. Daigle_____    Title  __Attorney_____
    First Name    Middle Name    Last Name

Company    __Graham, Arceneaux & Allen, LLC_____

Address    __639 Loyola Ave., Suite 1800_____
    Number    Street
    __New Orleans_____    __LA__    __70113__
    City    State    ZIP Code

Contact phone  ( __504__ ) __522__ – __8256____    Email __bankruptcy@gra-arc.com__

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DISTRICT

IN RE: DARRELL PAUL SAMPSON
AND MARY AUGUSTINE SAMPSON

CASE # 16-80953
CHAPTER 13

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of

Postpetition Mortgage Fees, Expenses, and Charges has been furnished to the following:

Darrell Paul Sampson and Mary Augustine Sampson
356 Andrus Street
Marksville, LA 71321

***The following entities were served by electronic transmission only:

Thomas C. McBride
301 Jackson Street, Suite 101
Alexandria, LA 71301
tom@tommcbridelaw.com

Jon C. Thornburg
P.O. Box 1991
Alexandria, LA 71309
ch13alex@ch13alex.com

Office of U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
USTPRegion05.SH.ECF@usdoj.gov

This certificate dated April 17, 2017, New Orleans, Louisiana.

/s/ Fred J. Daigle
Louis Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA. 70113
(504) 522-8256
bankruptcy@gra-arc.com