Fill in this information to identify the case:

Debtor 1  Darrell Paul Sampson

Debtor 2  Mary Augustine Sampson
(Spouse, if filing)

United States Bankruptcy Court for the: Western    District of Louisiana
(State)

Case number  16-80953

## Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges   12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

Name of creditor: Federal National Mortgage Association    Court claim no. (if known): 15

Last 4 digits of any number you use to identify the debtor's account:  3 5 7 0

Does this notice supplement a prior notice of postpetition fees, expenses, and charges?

■ No
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| Description | Dates Incurred | | Amount |
|---|---|---|---|
| 1. Late charges |  | (1) | $ _____ |
| 2. Non-sufficient funds (NSF) fees |  | (2) | $ _____ |
| 3. Attorney fees | Notice of Default - 3/23/18<br>Ex Parte Motion for Relief - 4/26/18 | (3) | $ 300.00 |
| 4. Filing fees and court costs |  | (4) | $ _____ |
| 5. Bankruptcy/Proof of claim fees |  | (5) | $ _____ |
| 6. Appraisal/Broker's price opinion fees |  | (6) | $ _____ |
| 7. Property inspection fees |  | (7) | $ _____ |
| 8. Tax advances (non-escrow) |  | (8) | $ _____ |
| 9. Insurance advances (non-escrow) |  | (9) | $ _____ |
| 10. Property preservation expenses. Specify:_____ |  | (10) | $ _____ |
| 11. Other. Specify:_____ |  | (11) | $ _____ |
| 12. Other. Specify:_____ |  | (12) | $ _____ |
| 13. Other. Specify:_____ |  | (13) | $ _____ |
| 14. Other. Specify:_____ |  | (14) | $ _____ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1  Darrell Paul Sampson   Case number (if known) 16-80953

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Fred J. Daigle
Signature

Date 07/19/2018

Print: Fred J. Daigle
Title: Attorney

Company: Graham, Arceneaux & Allen, LLC

Address: 639 Loyola Ave., Suite 1800
New Orleans, LA 70113

Contact phone (504) 522-8256
Email: bankruptcy@gra-arc.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: DARRELL PAUL SAMPSON  CASE # 16-80953
AND MARY AUGUSTINE SAMPSON  CHAPTER 13

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been furnished to the following:

Darrell Paul Sampson and Mary Augustine Sampson
356 Andrus Street
Marksville, LA 71351

***The following entities were served by electronic transmission only:

Thomas C. McBride
301 Jackson Street, Suite 101
Alexandria, LA 71301
tom@tommcbridelaw.com

Jon C. Thornburg
P.O. Box 11877
Alexandria, LA 71315
ch13alex@ch13alex.com

Office of U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
USTPRegion05.SH.ECF@usdoj.gov

This certificate dated July 19, 2018, New Orleans, Louisiana.

/s/ *Fred J. Daigle*
Louis Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Foerstner Graham Meyer (#37801)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA. 70113
(504) 522-8256
bankruptcy@gra-arc.com