Fill in this information to identify the case:

Debtor 1: Darrell Paul Sampson

Debtor 2 (Spouse, if filing): Mary Augustine Sampson

United States Bankruptcy Court for the: Western District of Louisiana

Case number: 16-80953

## Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association

**Court claim no. (if known):** 15

**Last 4 digits of any number you use to identify the debtor's account:** 3 5 7 0

**Date of payment change:** Must be at least 21 days after date of this notice: 11/01/2018

**New total payment:** Principal, interest, and escrow, if any: $ 583.39

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 94.11      New escrow payment: $ 83.06

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%      New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

| Debtor 1 | Darrell | Paul | Sampson | | Case number (if known) 16-80953 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ **/s/Fred J. Daigle**  
Signature

Date **9/20/2018**

Print: **Fred** **J.** **Daigle**  
      First Name    Middle Name    Last Name

Title **Attorney**

Company **Graham, Arceneaux & Allen, LLC**

Address **639 Loyola Ave., Suite 1800**  
       Number      Street

**New Orleans**      **LA**    **70113**  
City              State    ZIP Code

Contact phone **504-522-8256**

Email **bankruptcy@gra-arc.com**

**seterus**
PO Box 1077
Hartford, CT 06143-1077

Representation Of Printed Document

Business Hours (Pacific Time)
Monday-Thursday 5 a.m. to 8 p.m.
Friday 5 a.m. to 6 p.m.
Phone 866.570.5277

REDACTED

L913O

DARRELL P SAMPSON
SAMPSON MARY AUGUSTINE
c/o THOMAS C. MCBRIDE
301 JACKSON ST STE 101
ALEXANDRIA LA 71301-8364

### ESCROW ACCOUNT STATEMENT

| | |
|---|---|
| Analysis Date: | 09/11/18 |
| Loan Number: | REDACTED |

| | Current Payment | | New Payment Effective 11/01/18 |
|---|---|---|---|
| Principal and Interest | $500.33 | Principal and Interest* | $500.33 |
| Escrow | $94.11 | Escrow | $83.06 |
| Total Current Payment | $594.44 | Total NEW Payment* | $583.39 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on August 26, 2016. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

| ANTICIPATED DISBURSEMENTS November 2018 to October 2019 | |
|---|---|
| COUNTY | $82.76 |
| HAZARD INS | $913.90 |
| **Total Disbursements** | **$996.66** |

Bankruptcy File Date: August 26, 2016

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $239.04

*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

**Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $166.12.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
#### Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---|---|---|---|
| Beginning Balance** | | | | $124.90 |
| Post Petition Beg Bal* | | | | $363.94 |
| Surplus Refund | | | | $114.82 |
| 11/01/2018 | 83.06 | 0.00 | | 332.18 |
| 12/01/2018 | 83.06 | 82.76- | COUNTY | 332.48 |
| 01/01/2019 | 83.06 | 0.00 | | 415.54 |
| 02/01/2019 | 83.06 | 0.00 | | 498.60 |
| 03/01/2019 | 83.06 | 0.00 | | 581.66 |
| 04/01/2019 | 83.06 | 0.00 | | 664.72 |
| 05/01/2019 | 83.06 | 0.00 | | 747.78 |
| 06/01/2019 | 83.06 | 0.00 | | 830.84 |
| 07/01/2019 | 83.06 | 0.00 | | 913.90 |
| 08/01/2019 | 83.06 | 0.00 | | 996.96 |
| 09/01/2019 | 83.06 | 913.90- | HAZARD INS | 166.12 |
| 10/01/2019 | 83.06 | 0.00 | | 249.18 |
| **Total** | **$996.72** | **$996.66-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $166.12, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $166.12.

The escrow account has a pre-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The pre-petition shortage and/or deficiency is accounted for on the proof of claim (POC) and will be collected as part of your pre-petition plan payment.

## ESCROW ACCOUNT HISTORY

This is a statement of actual activity in your escrow account from November 2017 to October 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $272.09 | $924.38- |
| 11/01/17 | 90.71 | 0.00* | 0.00 | 0.00 | | 362.80 | 924.38- |
| 12/01/17 | 90.71 | 0.00* | 82.76- | 82.76- | COUNTY | 370.75 | 1,007.14- |
| 01/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 461.46 | 1,007.14- |
| 02/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 552.17 | 1,007.14- |
| 03/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 642.88 | 1,007.14- |
| 04/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 733.59 | 1,007.14- |
| 05/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 824.30 | 1,007.14- |
| 06/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 915.01 | 1,007.14- |
| 07/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 1,005.72 | 1,007.14- |
| 08/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 1,096.43 | 1,007.14- |
| 09/01/18 | 90.71 | 1,953.87* | 1,005.72- | 913.90-* | HAZARD INS | 181.42 | 32.83 |
| 10/01/18 | 90.71 | 0.00* | 0.00 | 0.00 | | 272.13 | 32.83 |
| Total | $1,088.52 | $1,953.87 | $1,088.48- | $996.66- | | | |

* indicates a difference from a previous estimate either in the date or the amount.
** indicates escrow payment made during a period where the loan was paid ahead.

NOTE – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. COLORADO: SEE WWW.COAG.GOV/CAR FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 250, Lakewood, CO 80228. The office's phone number is 888.738.5576. NEW YORK CITY: 1411669, 1411665, 1411662. TENNESSEE: This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

IN RE: DARRELL PAUL SAMPSON
AND MARY AUGUSTINE SAMPSON
CASE # 16-80953
CHAPTER 13

**CERTIFICATE OF SERVICE**

I DO HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Mortgage Payment Change has been furnished to the following:

Darrell Paul Sampson and Mary Augustine Sampson
356 Andrus Street
Marksville, LA 71351

***The following entities were served by electronic transmission only:

Thomas C. McBride
301 Jackson Street, Suite 101
Alexandria, LA 71301
tom@tommcbridelaw.com

Jon C. Thornburg
P.O. Box 11877
Alexandria, LA 71315
ch13alex@ch13alex.com

Office of U.S. Trustee
300 Fannin Street, Suite 3196
Shreveport, LA 71101
USTPRegion05.SH.ECF@usdoj.gov

This certificate dated September 20, 2018, New Orleans, Louisiana.

/s/Fred J. Daigle
Louis Graham Arceneaux (#25334)
Stacy C. Wheat (#19826)
Fred J. Daigle (#24066)
Foerstner Graham Meyer (#37801)
Attorneys for Mover
639 Loyola Ave., Suite 1800
New Orleans, LA. 70113
(504) 522-8256
bankruptcy@gra-arc.com